**Order entered June 9, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00238-CV

**EVELYN JOYCE ARTERBERRY, ET AL., Appellants**

**V.**

**WILLOWTAX, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-01621**

### ORDER

Before the Court is appellee's June 7, 2021 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **June 28, 2021**.

/s/    BONNIE LEE GOLDSTEIN
         JUSTICE